# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS
# Before Judge John A. Ross

Date: 10/15/2015         Case No.: 4:15cr121-JAR

UNITED STATES OF AMERICA vs.  Michael Thomas Jones

Deputy Clerk  Kara Scheele          Court Reporter  Lisa Paczkowski

Interpreter _____   Probation Officer _____

Assistant U.S. Attorney: Dorothy McMurtry

Defendant Attorney(s):  Scott Ellison

☒ Defendant/Parties present for imposition of sentence
☒ Presentence Report adopted/accepted by Court as findings of fact- PSR filed under seal
☒ Sentence imposed see judgment
☐ Government's Motion pursuant to §5K1.1 is  ☐ granted   ☐ denied
☒ Count(s) _1 & 2_ dismissed on motion of AUSA
☐ Objections to Presentence report heard and   ☐ granted as follows:   ☐ denied as follows:

No objections to the PSR; Sentence imposed see judgment
_____
_____
_____

The Court makes the following recommendations to the Bureau of Prisons: see judgment
_____

☐ Defendant remanded to **Custody** of the USMS
☐ Defendant granted a **Voluntary Surrender** to the institution/USMS for incarceration as notified by USMS
☒ Defendant is released on **Probation** pending processing by USMS

Proceedings :  10:05 - 10:40